**No. 10-7875. Marlin E. Jones, Petitioner v. Midstates Development, Inc., et al.**

562 U.S. 1269, 131 S. Ct. 1625, 179 L. Ed. 2d 498, 2011 U.S. LEXIS 1962.

March 7, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-7900. Robert Breest, Petitioner v. New Hampshire.**

562 U.S. 1269, 131 S. Ct. 1625, 179 L. Ed. 2d 498, 2011 U.S. LEXIS 2035.

March 7, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-8196. Mark S. Tomey, et ux., Petitioners v. Jerry Lambdin.**

562 U.S. 1269, 131 S. Ct. 1625, 179 L. Ed. 2d 498, 2011 U.S. LEXIS 1944.

March 7, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until March 28, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8228. Linda Tucker, James Tucker, Jeffrey Tucker, and George Konik, Petitioners v. City of Los Angeles, California.**

562 U.S. 1269, 131 S. Ct. 1625, 179 L. Ed. 2d 498, 2011 U.S. LEXIS 1917.

March 7, 2011. Motion of petitioners for leave to proceed in forma pauperis denied.

Petitioners are allowed until March 28, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8516. John Seisman, Petitioner v. Consumer Protection Division of the Office of the Attorney General of Maryland.**

562 U.S. 1269, 131 S. Ct. 1626, 179 L. Ed. 2d 498, 2011 U.S. LEXIS 1959.

March 7, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 28, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8824. Henry Wade Finley, Jr., aka Henry Wade Finley, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1620, 179 L. Ed. 2d 498, 2011 U.S. LEXIS 1951.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 482.

**No. 10-516. Bobby J. Rast, Daniel B. Rast, and Rast Construction, Inc., Petitioners v. United States.**

562 U.S. 1270, 131 S. Ct. 1599, 179 L. Ed. 2d 498, 2011 U.S. LEXIS 1952.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.